1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD FURMAN,

              Plaintiff,

     v.

BANK OF AMERICA NATIONAL
HEADQUARTERS, et al.,

              Defendants.

CASE NO. C19-1939-RSM

REPORT AND RECOMMENDATION

14       Plaintiff, proceeding pro se in this civil matter, filed an amended motion to proceed *in*
15 *forma pauperis* (IFP). (Dkt. 3.) Plaintiff indicates he earns $3,950.00 a month and his expenses
16 are $5,793.00 a month, the largest single expense being credit card payments ($2,192.00). He also
17 states he has $4,599.00 cash on hand and $4,599.00 in checking and savings accounts.

18       Because it appears plaintiff has financial resources allowing for payment of the Court's
19 filing fee, the Court recommends the motion to proceed IFP (Dkt. 3) be DENIED. This action
20 should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of
21 the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty
22 days of the Court's Order, the Clerk should close the file.

23       Objections to this Report and Recommendation, if any, should be filed with the Clerk and

REPORT AND RECOMMENDATION
PAGE - 1

served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on <u>**January 3, 2020**</u>.

DATED this <u>13th</u> day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2